**MATERN LAW GROUP, PC**
Matthew J. Matern (CA SBN 159798)
mmatern@maternlawgroup.com
Joshua D. Boxer (CA SBN 226712)
jboxer@maternlawgroup.com
Beatriz E. Alfaro (CA SBN 312828)
balfaro@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Sara B. Tosdal (CA SBN 280322)
stosdal@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff RUBIAN SAFLOR individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIAN SAFLOR, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ESA MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 22-cv-05800-AGT<br><br>**PLAINTIFFS' NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: August 12, 2022<br>Trial Date:      None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Plaintiff Rubian Saflor ("Saflor" or "Plaintiff") and Defendant ESA Management, LLC ("ESA Management" or "Defendant") (collectively, the "Parties") have agreed to settle the above-referenced lawsuit in its entirety. The Parties are currently preparing a written settlement agreement to memorialize the terms. Plaintiff intends to file a Motion for Preliminary Approval following the execution of the long-form agreement. Plaintiff requests that all remaining dates currently set in this matter be vacated as a result.

DATED: November 6, 2023

Respectfully submitted,

**MATERN LAW GROUP, PC**

By: _____

Matthew J. Matern
Joshua D. Boxer
Sara B. Tosdal
Beatriz E. Alfaro
Attorneys for Plaintiff
RUBIAN SAFLOR, individually, and on behalf of others similarly situated