**MATERN LAW GROUP, PC**
Matthew J. Matern (CA SBN 159798)
mmatern@maternlawgroup.com
Joshua D. Boxer (CA SBN 226712)
jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Sara B. Tosdal (CA SBN 280322)
stosdal@maternlawgroup.com
1330 Broadway, Suite 436
Oakland, California 94612
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff RUBIAN SAFLOR

**LITTLER MENDELSON, P.C.**
Rebecca M. Aragon, Bar No. 134496
raragon@littler.com
Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone:    213.443.4300
Fax No.:       213.443.4299

Attorneys for Defendant
ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIAN SAFLOR, individually, and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>ESA MANAGEMENT, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 3:22-CV-05800<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL re: SETTLEMENT ADMINSTRATION FEES**<br><br>Complaint Filed: August 12, 2022<br>Magistrate Judge: Alex G. Tse |

1    Plaintiff RUBIAN SAFLOR ("Plaintiff"), and Defendant ESA MANAGEMENT, LLC
2    ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:
3    **WHEREAS**, the Parties reached a settlement of Plaintiff's Class and PAGA claims in this
4    matter, which the Court granted preliminary approval of on July 11, 2024 (*See* Dkt. 16);
5    **WHEREAS,** the Court's Order dated July 11, 2024 granted preliminary approval of the
6    Parties' settlement agreement, without modification, including a $25,000 payment to the Settlement
7    Administrator for settlement administration fees, and further and set forth the following settlement
8    administration timeline:

| Event | Date |
|---|---|
| Deadline for Defendant to Provide Class Member Data and Information to the Administrator | 30 calendar days of entry of the Preliminary Approval Order. |
| Deadline for Settlement Administration to mail Notice Packets to Class Members | 14 business days after receipt of Class Member Data and Information from Defendants. |
| Response Deadline | 45 calendar days after the Class Notice is mailed. |
| Extended Response Deadline for Remailed Notice Packets | 14 calendar days after Response Deadline. |
| Last day to file and serve the Motion for Final Approval of Class Action Settlement | 35 days before Final Approval Hearing [Civ. Local Rule 7-2] |
| Final Approval Hearing | December 13, 2024, at 10:00 a.m., in Courtroom A. |

**WHEREAS**, after the Court granted preliminary approval of the settlement, and the Parties engaged Phoenix Settlement Administrators ("Phoenix") to perform the settlement administration, and in accordance with the Court's timeline above, Defendant provided Phoenix with the Class Member Data on August 12, 2024.

**WHEREAS**, However, shortly thereafter, prior to mailing the Notice Packets to Class Members, Phoenix informed the Parties that the Settlement Administration Fees have increased from $25,000 to $30,000 due to the fact that the Class Size was estimated to be 3,893 when the fees were calculated at the time of the Parties' mediation in October 2023, but as of July 2024, the actual Class Size is 4,517, a significant increase.

**WHEREAS**, the Parties' Settlement Agreement ("Agreement," *see* Dkt. 15-1, p. 26), sets forth in Paragraph 3.2.3, that of the Gross Settlement Sum of $1,780,000, settlement administrator expenses

are "not to exceed $25,000 except for a showing of good cause and as approved by the Court."

**WHEREAS,** the Parties have met and conferred, and agree that the unexpected increase in the Class Size is "good cause" to increase the settlement administration fees from $25,000 to $30,000, and have the additional $5,000 in fees deducted from the Gross Settlement Sum, pursuant to Paragraph 3.2.3 of their Agreement.

**WHEREAS**, the Parties further agree that the Court's Settlement Administration timeline set forth in the July 11th Order should be modified to accommodate this delay in issuing the Notice Packet to Class Members, as follows, which should not affect the timing of the Court's Order setting a Hearing on Final Settlement Approval in this matter:

| Event | Date |
|---|---|
| Deadline for Defendant to Provide Class Member Data and Information to the Administrator | Completed on August 12, 2024 |
| Deadline for Settlement Administration to mail Notice Packets to Class Members | ~~14 business days after receipt of Class Member Data and Information from Defendants~~. <br><br> <u>7 calendar days after the Court's approval of this Stipulation and [Proposed] Order</u> |
| Response Deadline | 45 calendar days after the Class Notice is mailed. |
| Extended Response Deadline for Remailed Notice Packets | 14 calendar days after Response Deadline. |
| Last day to file and serve the Motion for Final Approval of Class Action Settlement | 35 days before Final Approval Hearing [Civ. Local Rule 7-2] |
| Final Approval Hearing | December 13, 2024, at 10:00 a.m., in Courtroom A. |

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and among the parties, through their respective counsel of record, that:

1. Upon this showing of good cause, the additional $5,000 in settlement administration fees shall be deducted from the Gross Settlement Amount.

///

///

///

///

2. The Settlement Administrator shall mail the Notice Packets to Class Members within seven (7) calendar days from the Court's approval of this Stipulation and [Proposed] Order.

**SO STIPULATED.**

DATED: September 9, 2024                Respectfully submitted,

                          MATERN LAW GROUP, PC

By:  */s/ Sara Tosdal (as approved on 9/9/24)*
     MATTHEW J. MATERN
     JOSHUA D. BOXER
     SARA TOSDAL
     Attorneys for Plaintiff,
     RUBIAN SAFLOR

DATED: September 9, 2024                Respectfully submitted,

                          LITTLER MENDELSON, P.C.

By:  */s/ Nathaniel H. Jenkins*
     REBECCA M. ARAGON
     NATHANIEL H. JENKINS
     Attorneys for Defendant,
     ESA MANAGEMENT, LLC

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By:  */s Nathaniel Jenkins*

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that:

1. Upon this showing of good cause set forth in the Parties' Joint Stipulation, the additional $5,000 in requested settlement administration fees shall be deducted from the Gross Settlement Amount.

2. The Settlement Administrator shall mail the Notice Packets to Class Members within seven (7) calendar days from the Court's issuance of this Order.

   **IT IS SO ORDERED.**

Dated: _____September 11___, 2024

_____
HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE

4869-8164-6050.2 / 051483-1024